**Fill in this information to identify the case:**

Debtor name: Pearl Resources Operating Co. LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Allied OFS, LLC<br>c/o Lesa Carter<br>BJ Services, LLC<br>11211 FM 2920<br>Tomball, TX 77375 | Basheer Y. Ghorayeb<br>(214) 543-6433<br>bghorayeb@winston.com | professional services | contingent, unliquidated, and disputed | | | $3,346,349.53 |
| 2 | Nabors Drilling Technologies USA, Inc.<br>515 West Greens Rd., Ste. 1000<br>Houston, TX 77067 | Carl Dore, Jr.<br>(281) 829-1555<br>cdore@dorelaw.com | | contingent, unliquidated, and disputed | | | $420,258.10 |
| 3 | RH Trucking LLC<br>Ricardo & Adelaida Huitron<br>3018 S. County Rd. 1200<br>Midland, TX 79706 | | | contingent, unliquidated, and disputed | | | $352,052.50 |
| 4 | Calvary Energy Services, Inc.<br>1400 S. Fairgrounds<br>Midland, TX 79701 | Franklin H. McCallum<br>(432) 682-3288 | | contingent, unliquidated, and disputed | | | $190,864.00 |
| 5 | Von Directional Services, LLC<br>12074 FM 3083<br>Conroe, TX 77301 | William R. Sudela<br>(713) 739-7007<br>wsudela@cjmhlaw.com | | contingent, unliquidated, and disputed | | | $171,583.44 |
| 6 | Transcon Capital, LLC<br>P.O. Box 54206<br>Lubbock, TX 79453 | Andrew B. Curtis<br>(806) 319-8520<br>andrew@bigbeecurtislaw.com | | Disputed | | | $122,213.87 |
| 7 | Maverick Oil Tools LLC<br>3907 County Rd. 1162 N.<br>Midland, TX 79705 | Jason Hamm<br>Hamm French, PLLC<br>(432) 375-6060 | | contingent, unliquidated, and disputed | | | $107,203.00 |
| 8 | Pilot Thomas Logistics, LLC<br>777 Main Street, Suite 2000<br>Fort Worth, TX 76102 | Duane G. Crocker, P.C.<br>(361) 574-8898<br>dcrocker@duanecrockerlaw.com | | contingent, unliquidated, and disputed | | | $93,949.17 |

Debtor  Pearl Resources Operating Co. LLC    Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Charger Services, LLC 23 W. Industrial Loop Midland, TX 79701 | Jad Davis (432) 687-0011 jadavis@dgclaw.com | | Disputed | | | $86,632.19 |
| 10 | Vaquero Oilfield Services, LLC 414 Texas Ave., Suite 400 E. Midland, TX 79701 | Franklin H. McCallum (432) 682-3288 | | contingent, unliquidated, and disputed | | | $33,168.00 |
| 11 | M&W Hot Oil Carroll B. McKee (Reg. Agent) 2901 Balmorhea Hwy. Pecos, TX 79772 | M&W Hot Oil (432) 362-0548 | | contingent, unliquidated, and disputed | | | $32,145.86 |
| 12 | Mendford Trucking, LLC P.O. Box 87 Wink, TX 79789 | Steven D. Selbe (713) 961-3366 sselbe@grsm.com | | contingent, unliquidated, and disputed | | | $19,879.55 |
| 13 | Kenny Williams d/b/a Williams Pumping Service P.O. Box 526 Monahans, TX 79756 | | | contingent, unliquidated, and disputed | | | $35,000.00 |
| 14 | Black Sheep OFS 296 E. 500 N. Roosevelt, UT 84066 | (435) 722-7647 | | contingent, unliquidated, and disputed | | | $6,375.00 |
| 15 | D&R Engine 2108 N. Jackson St. Odessa, TX 79761 | (432) 332-8161 | | contingent, unliquidated, and disputed | | | $3,320.89 |
| 16 | Garner Pump 3311 Industrial Dr. Hobbs, NM 88240 | (575) 397-4788 | | contingent, unliquidated, and disputed | | | $2,697.88 |
| 17 | Fenco Hydrovac 402 Jennings St. Nocona, TX 76255 | (940) 781-3574 | | contingent, unliquidated, and disputed | | | $6,250.00 |
| 18 | West Texas Water Well Service 3410 Mankins Ave. Odessa, TX 79764 | (432) 530-2696 | | contingent, unliquidated, and disputed | | | $640.00 |
| 19 | Targa Midstream Services LLC 1000 Louisiana St., Ste. 4300 Houston, TX 77002 | | | contingent, unliquidated, and disputed | | | $3,600.00 |
| 20 | Texas Railroad Commission P.O. Box 12967 Austin, TX 78711-2967 | | | | | | |

Pearl Resources Operating Co. LLC

Cont'd Official Form 204

|    | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact |
|----|---|---|
| 21 | Texas General Land Office<br>c/o Robert Hatter<br>Deputy Director of Energy Resources<br>Relinquishment Act Leases<br>P.O. Box 12873<br>Austin, TX 78711-2873 | (512) 463-5042 |