**Schedule 54**

<u>Mineral Leases</u>

    Legal Description: H&GN RR Pecos County, Block 8 various sections
1.     Section 40: E/2, 320 acres more or less
2.     Section 41: W/2, 320 acres more or less
3.     Section 42: ALL, 640 acres more or less
4.     Section 44: ALL, 640 acres more or less
5.     Section 20: 635,22 acres
6.     Section 22: 320 acres

    Total: $603,796.00*

*Values were arrived at by using recent comparable sales of $21,000 per acre of undeveloped property. The Debtor owns a 1% interest.